EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re:                                                                                                                          |                    |
| ------------------------------------------------------------------------------------------------------------------------------- | ------------------ |
| Suspensiones del ejercicio de la abogacía por incumplimiento con el Programa de Educación Jurídica Continua y las órdenes de este Tribunal | 2021 TSPR 84       207 DPR \_\_\_\_\_ |

Número del Caso:  TS-12,522 y otros

Fecha:  17 de junio de 2021

Programa de Educación Jurídica Continua:

　　Lcda. María Cecilia Molinelli González
　　Directora Ejecutiva

Materia: La suspensión será efectiva el 18 de junio de 2021, fecha en que se le notificó a los abogados y abogadas de su suspensión inmediata.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| *In re:*<br><br>Suspensiones del ejercicio de la abogacía por incumplimiento con el Programa de Educación Jurídica Continua y las órdenes de este Tribunal | **Núm.** TS-12,522<br>y otros |

RESOLUCIÓN

En San Juan, Puerto Rico, a 17 de junio de 2021.

El 16 de junio de 2017 concedimos un periodo de exoneración para el pago de multas por cumplimiento tardío con los requisitos del Programa de Educación Jurídica Continua (PEJC) que se extendió desde el 1 de julio de 2017 hasta el 30 de junio de 2018. In re: Exoneración Multas Reglamento PEJC, 198 DPR 430 (2017). Finalizado ese periodo, el PEJC se ha dado a la tarea de evaluar a los profesionales del Derecho que aún se encuentran en incumplimiento. A esos fines, el 29 de agosto de 2018, el 13 de diciembre de 2018, el 12 de abril de 2019 y el 28 de junio de 2019, el PEJC nos refirió al Tribunal a los abogados y abogadas que habían incumplido con los requisitos de educación jurídica continua durante los períodos de cumplimiento que comenzaron desde el 1 de marzo de 2013 al 28 de febrero de 2018 y debían cumplir en o antes del 30 de junio de 2018.

Emitimos Resoluciones concediendo plazos adicionales para que los abogados y abogadas que no habían comparecido mostraran causa por la cual no se les debía suspender del ejercicio de la profesión por incumplir con los requisitos de educación continua y por no comparecer ante el PEJC cuando les fue requerido. Acreditada la incomparecencia de algunos profesionales del Derecho, concedimos un plazo final de diez (10) días para cumplir con la orden para mostrar causa.

En aras de mantener un balance entre el imperativo de ostentar el grado más alto de competencia entre los miembros de nuestra profesión y los efectos en sus circunstancias particulares a raíz de los eventos de la naturaleza que han impactado a nuestra isla, así como en consideración del estado de emergencia vigente por la pandemia del COVID-19, otorgamos una serie de concesiones que incluyeron prórrogas, relevos de pagos de multa por cumplimiento tardío y la posposición de avisos de incumplimiento.

Tras más de un año de oportunidades sin que hayan comparecido según lo requerido, ordenamos la suspensión inmediata e indefinida del ejercicio de la abogacía de los siguientes profesionales del Derecho por incumplir con los requerimientos del PEJC y las órdenes de este Tribunal:

| | |
|---|---|
| Ramón A. Amador López | TS-12,522 |
| Criselyris Meléndez Ronda | TS-13,524 |
| Sandra H. Morales Rosa | TS-13,751 |
| Yolanda I. Bonilla Ocasio | TS-14,964 |
| Angelie Torres López | TS-15,011 |
| Ángeles D. Torres Vázquez | TS-16,948 |
| Melisa Quiñones Batista | TS-17,082 |

Asimismo, ordenamos la suspensión inmediata e indefinida del ejercicio de la abogacía y de la notaría de los siguientes profesionales del Derecho por incumplir con los requerimientos del PEJC y las órdenes de este Tribunal:

| | |
|---|---|
| Yolanda Díaz Rivera | TS-14,092 |
| Ángel D. Marrero Murga | TS-15,129 |
| Bárbara Villalona Viera | TS-15,556 |

Se les impone el deber de notificar a todos sus clientes sobre su inhabilidad para continuar representándolos y devolverles cualesquiera honorarios recibidos por trabajos no realizados. Deberán además informar inmediatamente de su suspensión a los foros judiciales y administrativos en los que tengan asuntos pendientes. Por último, deberán acreditar a este Tribunal el cumplimiento con lo anterior dentro del término de treinta (30) días a partir de la notificación de esta Resolución. No hacerlo pudiere conllevar que no se les reinstale cuando lo soliciten.

Por su parte, con relación a los profesionales del Derecho suspendidos del ejercicio de la notaría, se le ordena al Alguacil de este Tribunal incautar inmediatamente la obra y el sello notarial y entregarlos al Director de la Oficina de Inspección de Notarías para la investigación y la presentación del informe correspondiente. Además, en virtud de esta suspensión inmediata e indefinida del

ejercicio de la notaría, la fianza que garantiza las funciones notariales queda automáticamente cancelada. Asimismo, la fianza se considerará buena y válida por tres años después de su terminación, en cuanto a los actos realizados durante el periodo en que esta estuvo vigente.

Notifíquese por correo electrónico y ordinario.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.



José Ignacio Campos Pérez
Secretario del Tribunal Supremo